| ✓ FILED | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

JUN 2 4 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

CR-15-769-PHX-DJH (MHB)

United States of America,

                    Plaintiff,

            v.

Aida Magana Ballesteros,
a.k.a. Aida Magana,

                    Defendant.

**INDICTMENT**

VIO:  18 U.S.C. § 1542
        (False Statement in United States
        Passport Application)
        Counts 1-3

        52 U.S.C. § 20511(2)(A)
        (Fraudulent Voter Registration)
        Count 4

        52 U.S.C. § 20511(2)(B)
        (Fraudulent Voting)
        Count 5

        18 U.S.C. § 911
        (False Claim to Citizenship)
        Counts 6-7

        18 U.S.C. § 611(a)
        (Voting by Alien)
        Count 8

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 29, 2013, in the District of Arizona, AIDA MAGANA BALLESTEROS, willfully and knowingly made a false statement in an application for a

United States Passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws, in that in such application AIDA MAGANA BALLESTEROS stated she is a United States citizen by virtue of her birth in Cloud County, Kansas, a statement that she knew to be false.

In violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about February 9, 2010, in the District of Arizona, AIDA MAGANA BALLESTEROS, willfully and knowingly made a false statement in an application for a United States Passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws, in that in such application AIDA MAGANA BALLESTEROS stated she is a United States citizen by virtue of her birth in Cloud, Kansas, a statement that she knew to be false.

In violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about November 29, 2007, in the District of Arizona, AIDA MAGANA BALLESTEROS, willfully and knowingly made a false statement in an application for a United States Passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws, in that in such application AIDA MAGANA BALLESTEROS stated she is a United States citizen by virtue of her birth in Cloud, Kansas, a statement that she knew to be false.

In violation of Title 18, United States Code, Section 1542.

**COUNT 4**

On or about July 1, 2011, in the District of Arizona, AIDA MAGANA BALLESTEROS, knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of Arizona of a fair and impartially conducted election process, by procuring or submitting a voter registration application that she knew to be materially false, fictitious, or fraudulent under the laws of Arizona, that is she falsely claimed United States citizenship while knowing that she is a citizen of Mexico and no other country.

In violation of Title 52, United States Code, Section 20511(2)(A).

**Count 5**

On or about October 16, 2012 and November 6, 2012, in the District of Arizona, AIDA MAGANA BALLESTEROS, knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of Arizona of a fair and impartially conducted election process, by procuring and casting a ballot that was known by AIDA MAGANA BALLESTEROS to be materially false, fictitious, or fraudulent under the laws of Arizona.

In violation of Title 52, United States Code, Section 20511(2)(B).

**Count 6**

On or about July 1, 2011, in the District of Arizona, AIDA MAGANA BALLESTEROS, did falsely and willfully represent herself to be a citizen of the United States to the Maricopa County Elections Department when she registered to vote; whereas, in truth and fact, as AIDA MAGANA BALLESTEROS then and there well knew, she was not a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

**Count 7**

On or about October 16, 2012 and November 6, 2012, in the District of Arizona, AIDA MAGANA BALLESTEROS, did falsely and willfully represent herself to be a citizen of the United States to the Maricopa County Elections Department when she procured and cast her ballot in the general election; whereas, in truth and fact, as AIDA MAGANA BALLESTEROS then and there well knew, she was not a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

**Count 8**

On or about October 16, 2012 and November 6, 2012, in the District of Arizona, AIDA MAGANA BALLESTEROS, an alien, knowing full well that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

*s/*

FOREPERSON OF THE GRAND JURY
Date: June 24, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/*

DOMINIQUE J. PARK
Special Assistant U.S. Attorney